8191860

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert A. Terrell | ) | Case No.   25-CR-347-EGS |
| a.k.a. "Robert Alphonso Terrell III" | ) | |
| a.k.a. "Robert Alphonso III" | ) | |
| a.k.a. "Robert Alphonso III, General  Executor of | ) | |
| Terrell Estate" | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Robert A. Terrell, aka Robert Alphonso Terrell III, aka Robert Alphonso III                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☑ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

 Violation of Pretrial Release Conditions

Date:  4/16/2026

City and state:    Washington, D.C.

*Emmet G. Sullivan*    2026.04.16
19:47:33 -04'00'

*Issuing officer's signature*

Emmet G. Sullivan, U.S. District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4 17 2026 , and the person was arrested on *(date)* 4 22 2026
at *(city and state)* Washington, D.C.

Date: 4 22 2026

*Arresting officer's signature*

CHRIS HEGARTY, DUSM
*Printed name and title*