**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br> v.<br><br>**ROBERT A. TERRELL,**<br><br> a.k.a. "Robert Alphonso Terrell III"<br> a.k.a. "Robert Alphonso III"<br> a.k.a. "Robert Alphonso III, General<br> Executor of Terrell Estate"<br><br> **Defendant.** | **CRIMINAL CASE NO. 25-347-EGS** |

**GOVERNMENT'S NOTICE REGARDING**
**DEFENDANT'S RECENT PASSPORT APPLICATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice with additional information regarding the defendant's recent passport application.

As detailed in its motion for revocation of defendant's release (ECF No. 54), the defendant applied for a passport on or about March 9, 2026, using the name "Robert Alphonso Terrell III," which he then used to travel internationally without court permission, resulting in the Court revoking his bond.

When the government filed its motion to revoke the defendant's bond (ECF No. 54), the State Department had only produced one page from the defendant's passport application (*see* Exhibit D ECF No. 54-4). The State Department has since provided four additional pages, including the defendant's birth certificate. The defendant's birth certificate lists his name as "Robert Alphonso Terrell III."

The United States is filing this notice merely to supplement the record. The additional passport records are being submitted as a sealed exhibit given that they contain PII.

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

By:    /s/ Kondi J. Kleinman
KONDI J. KLEINMAN
Cal. Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
kondi.kleinman2@usdoj.gov | 202-252-6887

<u>Certification</u>

I will cause a copy of this pleading and the sealed supplement to be hand-delivered to the D.C. Department of Corrections on May 6, 2026. I will provide an electronic copy to stand-by counsel on May 5, 2026.

By:    */s/ Kondi J. Kleinman*
Kondi Kleinman
Assistant United States Attorney